# UNITED STATES DISTRICT COURT
for the

HELENA DIVISION    District of MONTANA

| | |
|---|---|
| DALE FOSSEN, et al., *Plaintiff* <br> v. <br> BLUE CROSS BLUE SHIELD OF MONTANA, INC., *Defendant* | ) ) ) ) ) Civil Action No.   CV-09-61-H-CCL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

✓ decided by Judge   CHARLES C. LOVELL   on a motion for Summary Judgment.  Defendant's Motion for Summary Judgment (Doc. 11) is GRANTED, and Plaintiffs' Amended Complaint is DISMISSED.  Defendant's Motion to Strike (Doc. 21) is moot.

Date:   Oct. 6, 2010

*CLERK OF COURT*

/s/ Heidi Gauthier

*Signature of Clerk or Deputy Clerk*

Case 6:09-cv-00061-CCL   Document 32   Filed 10/06/10   Page 2 of 2