UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| DALE FOSSEN, D AND M FOSSEN, INC., LARRY FOSSEN, L AND C FOSSEN, M AND C FOSSEN, INC., AND FOSSEN BROTHERS FARMS, A PARTNERSHIP,<br><br>Plaintiffs,<br><br>vs.<br><br>CARING FOR MONTANANS, INC., f/n/a BLUE CROSS AND BLUE SHIELD OF MONTANA, INC.,<br><br>Defendant. | Case No. CV-09-061-H-CCL<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED IN ACCORDANCE WITH THE Order issued on January 24, 2014 (Doc. 92) that Plaintiffs' Second Motion for Remand (Doc. 48) is DENIED.

      IT IS FURTHER ORDERED:

      1. Plaintiffs' Motion in the Alternative to Certify Questions (Doc. 79) is DENIED.

2. Plaintiff's Motion to File a Response to Notice of Supplemental Authority (Doc. 74) is GRANTED.

3. Defendant's Second Motion for Summary Judgment (Doc. 53) is GRANTED. The Amended Complaint is DISMISSED and all relief is denied to Plaintiffs.

Dated this 27th day of January, 2014.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk